IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JERRY GLENN POPE, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:15CV00540 SWW-JTR |
| | * | |
| CAROLYN W. COLVIN, Acting | * | |
| Commissioner of Social Security | * | |
| Administration, | * | |
| | * | |
| Defendant. | * | |

**ORDER**

Before the Court is the Recommended Disposition prepared by Magistrate Judge J. Thomas Ray (Dkt. No. 12 ). The time for filing objections to the Recommended Disposition has passed, and no objections have been filed. After reviewing the Recommended Disposition, the Court adopts the Recommended Disposition and denies plaintiff Jerry Glenn Pope's request for relief (Dkt. No. 2). The Court will enter judgment affirming the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

SO ORDERED this 15th day of August, 2016.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE